12, 1906.) Proceedings by the people of the state of New York against Louis Levin. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people of the state of New York against Edward McAllister. No opinion. Judgment reversed, and new trial ordered. *Held,* that the reception of evidence of sales of liquor other than that charged in the indictment was improper, and constituted reversible error.

PEOPLE, Appellant, v. MERCANTILE CO-OPERATIVE BANK, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against the Mercantile Co-operative Bank. No opinion. Final order settling accounts and order appointing referee affirmed, without costs.

PEOPLE v. NEW YORK BUILDING-LOAN CO. In re 336-368 WATER ST. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Proceedings by the people of the state of New York against the New York Building-Loan Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondents, v. NICKERSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by the people of the state of New York against Nellie Nickerson. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Proceedings by the people of the state of New York against Willis G. Price. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SAUERBORN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Proceedings by the people of the state of New York against Nicholas Sauerborn. No opinion. Order affirmed.

PEOPLE, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion denied, on defendant's stipulating as stated in memorandum. Settle order on notice.

PEOPLE v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion granted. Order filed.

PEOPLE, Appellants, v. SIMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Proceedings by the people of the state of New York against James W. Simpson. No opinion. Order affirmed.

PEOPLE v. SPRIGGS. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Robert H. Spriggs. No opinion. Motion granted, unless appellant serve brief and be ready for November term. Order filed.

PEOPLE, Appellant, v. TOMPKINS, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against Charles J. Tompkins. R. C. Taylor, for appellant. J. W. Osborne, for respondent. PER CURIAM. Order affirmed. Order filed. LAUGHLIN and HOUGHTON, JJ., dissent.

PEOPLE, Respondent, v. VAN GAASBECK, Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York against Cornell Van Gaasbeck. No opinion. Motion denied.

PEOPLE, v. WEINSEIMER. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Philip Weinseimer. No opinion. Motion granted, unless appellant be ready for November term. Order filed.

PEOPLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Bertha Williams. No opinion. Motion denied.

PEOPLE, Respondent, v. WOOTEN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against John W. Wooten. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. YOSKOW. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Meyer Yoskow. No opinion. Motion granted, unless appellant be ready for December term. Order filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Assessors. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, as assessors of the town of Rosendale, Ulster county, N. Y. No opinion. Motion granted.

PEOPLE ex rel. BARKER, Appellant, v. STRINGER, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York, on the relation of Charles B. Barker, against Adelia G. Stringer. A. C.